**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

| | |
|---|---|
| ALEXANDER R. JONES,            )<br>                                                     )<br>         Plaintiff,                          )<br>                                                     )<br>v.                                                 )<br>                                                     )<br>EXPERIAN INFORMATION      )<br>SOLUTIONS, INC., *et al*,           )<br>                                                     )<br>         Defendants.                     )<br>_____) | Civil Action No. 8:16-cv-03122-RWT |

**MOTION TO DISMISS DEFENDANT
PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY**

Pursuant to the Federal Rules of Civil Procedure, the Plaintiff, Alexander Jones, and Defendant Pennsylvania Higher Education Assistance Agency ("PHEAA") jointly move this Court to dismiss this case against PHEAA with prejudice with each party bearing its own costs. As reflected by the signature of its counsel, the remaining defendant, Experian Information Solutions, Inc., does not oppose this motion or the relief requested. Accordingly, the parties requested that the Court enter the Proposed Order attached hereto as Exhibit 1.

Respectfully submitted,

 /s/ *Kristi C. Kelly*                          
Kristi Cahoon Kelly, Esq. (No. 07244)
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
*Counsel for Plaintiff*

 /s/ *Thomas C. Goodhue*                    
Joseph P. Esposito, Esq. (No. 05927)
Thomas C. Goodhue, Esq. (No. 19305)
Hunton & Williams LLP
2200 Pennsylvania Ave. N.W.
Washington, D.C. 20037
(202) 955-1500-Telephone
(202) 778-2201-Facsimile
E-Mail: jesposito@hunton.com
*Counsel for Pennsylvania Higher Education
(signed by Kristi C. Kelly with written
permission of Thomas Goodhue)*

  /s/ *Daniel D. DeVougas*
Daniel Denzel DeVougas, (Bar No. 19127)
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
Facsimile:  202-626-1700
ddevougas@jonesday.com
*Counsel for Experian Information*
*Solutions, Inc. (signed by Kristi C. Kelly with*
*written permission of Daniel D. DeVogus)*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of December, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                          /s/ *Kristi C. Kelly*
                          Kristi Cahoon Kelly, Esq. (No. 07244)
                          Kelly & Crandall, PLC
                          4084 University Drive, Suite 202A
                          Fairfax, Virginia 22030
                          (703) 424-7576 Telephone
                          (703) 591-0167 - Facsimile
                          E-mail:  kkelly@kellyandcrandall.com
                          *Counsel for Plaintiff*