# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (GREENBELT DIVISION)

| | |
|---|---|
| ALEXANDER R. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 8:16-cv-03122-RWT |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, ALEXANDER R. JONES, and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., by counsel, and hereby move the Court to dismiss with prejudice all claims against Defendant EXPERIAN INFORMATION SOLUTIONS, INC., in the above-styled action.

UPON CONSIDERATION of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against Defendant EXPERIAN INFORMATION SOLUTIONS, INC is DISMISSED with prejudice. And there being no defendants remaining in the case, the Clerk is directed to close this case ~~from the active docket~~.

Entered this 30th day of JANUARY, 2017.

Roger W. Titus
United States District Judge